1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EMPLOYEE PAINTERS' TRUST, *et al.*,

                Plaintiffs,

        v.

LARSON'S GLASS CO., *et al.*,

                Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

No. MC17-0129RSL

ORDER NOTING MOTION FOR
ENTRY OF JUDGMENT

      On October 6, 2017, plaintiffs filed an "Ex Parte Motion for Entry of Judgment by Confession." Dkt. # 1. There is no indication that defendants were served with the motion and no justification for its ex parte consideration. The fact that the parties agreed that judgment by confession could be sought with no further notice to defendants (Dkt. # 1-2 at ¶ 12(a)) does not bind the Court. Because the relief sought will obviously impact defendants, defendants will be given an opportunity to respond notwithstanding their prior agreement to an ex parte determination of the matter.

      Because plaintiffs seek dispositive relief, the Clerk of Court is directed to note the "Ex Parte Motion for Entry of Judgment by Confession" on the Court's calendar for Friday, November 10, 2017. A copy of the motion (Dkt. # 1) and this Order shall be sent to defendants at the following street and email addresses:

ORDER NOTING MOTION FOR
ENTRY OF JUDGMENT

1  Larson's Glass Co.        Douglas Lee Larson       Jerry Dean Larson

2  121 West Stewart Avenue   121 West Stewart Avenue   121 West Stewart Avenue
   Puyallup, WA  98371       Puyallup, WA  98371       Puyallup, WA  98371

3

4                           Douglas Lee Larson at     Jerry Dean Larson at

5                           dllarson@larsonglass.com   jdlarson@larsonglass.com

6

7

8  Dated this 19th day of October, 2017.

9
   *MR S Lasnik*

10                    Robert S. Lasnik

11                    United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER NOTING MOTION FOR
ENTRY OF JUDGMENT         -2-