# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST; WESTERN GLAZIERS RETIREMENT FUND; DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND; WASHINGTON CONSTRUCTION INDUSTRY SUBSTANCE ABUSE PROGRAM; PAINTERS AND ALLIED TRADES LABOR-MANAGEMENT COOPERATION INITIATIVE; WESTERN WASHINGTON GLAZIERS ORG FUND; WESTERN WASHINGTON GLAZIERS MRP; and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 5, <br><br> Plaintiffs, <br><br> vs. <br><br> LARSON'S GLASS CO. d/b/a LARSON GLASS CO INC, a Washington corporation; DOUGLAS LEE LARSON., an individual; and JERRY DEAN LARSON, an individual, <br><br> Defendants. | Case No.:   2:17-mc-00129 RSL <br><br> [~~PROPOSED~~] ORDER GRANTING EX PARTE MOTION FOR ENTRY OF JUDGMENT BY CONFESSION |

Pursuant to Plaintiffs' Ex Parte Motion for Entry of Judgment by Confession, and good cause appearing,

**IT IS ORDERED** that Plaintiffs, Employee Painters' Trust; Western Glaziers Retirement Fund; District Council No. 5 Apprenticeship and Training Trust Fund; Washington Construction Industry

Order Granting Ex Parte Motion for Entry of Judgment by Confession

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
11900 NE 1st Street, Suite 300, Building G
Bellevue, WA 98005
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
*Counsel for Plaintiffs*

1

1  Substance Abuse Program; Painters and Allied Trades Labor-Management Cooperation Initiative; Western Washington Glaziers Org Fund; Western Washington Glaziers MRP; and International Union of Painters and Allied Trades District Council No. 5, be awarded a Judgment by Confession against Larson's Glass Co. d/b/a Larson Glass Co. Inc. ("Larson"), a Washington corporation; Douglas Lee Larson ("D. Larson"), an individual; and Jerry Dean Larson ("J. Larson"), an individual (Larson, D. Larson and J. Larson collectively referred to as "Defendants") in the amount of $543,968.80.

IT IS FURTHER ORDERED that such Confession of Judgment be deemed a final Judgment pursuant to Federal Rule of Civil Procedure 54(d) and there is no just reason for delay in entry of such Judgment on Plaintiffs' claim herein.

IT IS FURTHER ORDERED that this Judgment shall accrue interest on the total unpaid balance at the rate of 12 percent per annum.

Dated this 14th day of November, 2017.

_____
United States District Judge

Submitted By:

**THE URBAN LAW FIRM**

*s/ Michael A. Urban*
Michael A. Urban, Esq. WSBA No. 20251
murban@theurbanlawfirm.com

*s/ Sean W. McDonald*
Sean W. McDonald, Esq. WSBA No. 48542
smcdonald@theurbanlawfirm.com

11900 NE 1st Street, Suite 300, Building G
Bellevue, WA 98005
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
*Attorneys for Plaintiffs*

104216

Order Granting Ex Parte Motion for Entry of Judgment by Confession
(Case No.            )

2

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
11900 NE 1st Street, Suite 300, Building G
Bellevue, WA 98005
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
*Counsel for Plaintiffs*